# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALICE WATTS, individually and on behalf**
**of all other similarly situated plaintiffs**                                   **PLAINTIFF**

  **v.**                                          **Case No. 4:20-cv-00030 KGB**

**CHI-ST. VINCENT INFIRMARY**
**MEDICAL CENTER, and AVECTUS**
**HEALTHCARE SOLUTIONS, LLC**                                        **DEFENDANTS**

## ORDER

Before the Court is plaintiff Alice Watts individually and on behalf of all other similarly situated plaintiffs' motion for voluntary dismissal without prejudice (Dkt. No. 29). Ms. Watts states this matter is in the beginning stages of discovery (*Id.*, ¶ 3). Counsel for Ms. Watts states that he has conferred with counsel for defendants and that separate defendant CHI-St. Vincent Infirmary Medical Center does not object to the motion to voluntarily dismiss without prejudice but that separate defendant Avectus Healthcare Solutions, LLC, objects that the voluntary dismissal should be *with* prejudice (*Id.*, ¶ 4). The Court has conferred with all counsel informally and confirmed that neither defendant intends to file a written response to the motion for voluntary dismissal without prejudice. For good cause shown, the Court grants the motion and dismisses the complaint without prejudice (Dkt. No. 29). The Court denies as moot Ms. Watts's pending motion for extension of time to respond to discovery (Dkt. No. 30).

It is so ordered this 2nd day of February, 2021.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge